FILED
December 24, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RODELL GORDON, ) <br> ) <br> Defendant. ) | Case No. 2:15-MJ-00246-KJN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RODELL GORDON , Case No.  2:15-MJ-00246-KJN  , Charge  21USC § 846, 841(a)(1)(D)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 24, 2015  at  11:00 .

By /s/ Kendall J. Newman/s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge

Copy 2 - Court